IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEN BEHLMANN AUTOMOTIVE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case 4:12-cv-00317-CDP |
| THE REYNOLDS AND REYNOLDS CO., | ) ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT REGARDING ARBITRATION

Pursuant to the Court's order of March 5, 2013, the parties submit this joint status report regarding the arbitration of the parties' dispute.

Following the Court's order that this matter be arbitrated pursuant to the parties' contract, Defendant initiated arbitration with the American Arbitration Association. Plaintiff filed its answering statement and counterclaim shortly thereafter. Attorney Leonard S. Meranus was appointed arbitrator, and the parties agreed to a scheduling order. Unless the scheduling order is modified, pre-arbitration witness lists and briefs are due on April 5, 2013, and a five-day arbitration will commence on April 15, 2013.

The parties anticipate reaching an informal resolution to this matter and, in fact, have agreed to an informal stay of the arbitration pending resolution. Business representatives from both parties met twice during the past two weeks and intend to continue negotiations. If those negotiations fail, counsel for the parties will resume traditional settlement discussions.

The parties will promptly notify the Court of any informal resolution to this matter.

SL 1096418.1

Respectfully submitted,

| | |
|---|---|
| */s/ John D. Ryan* | */s/Ryan C. Hardy* |
| John D. Ryan, #51944MO | Robert H. Epstein, #31049MO |
| Lathrop & Gage, LLP | Ryan C. Hardy, #62926MO |
| 7701 Forsyth Blvd., Ste. 500 | Spencer Fane Britt & Browne, LLP |
| Saint Louis, MO 63105 | One North Brentwood, Tenth Floor |
| jryan@lathropgage.com | Saint Louis, MO 63105 |
| | repstein@spencerfane.com |
| | rhardy@spencerfane.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered to the party below *via* the Court's ECF system on this 22nd day of March, 2013:

John D. Ryan
Lathrop & Gage, LLP
7701 Forsyth Blvd., Ste. 500
Saint Louis, MO 63105
jryan@lathropgage.com

*Attorneys for Defendant*

                              */s/ Ryan C. Hardy*