IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEN BEHLMANN AUTOMOTIVE SERVICES, INC., </br>  Plaintiff, </br> v. </br> THE REYNOLDS AND REYNOLDS CO., </br>  Defendant. | Case 4:12-cv-00317-CDP |

### JOINT STATUS REPORT REGARDING ARBITRATION

Pursuant to the Court's order of March 25, 2013, the parties submit this joint status report regarding the arbitration of the parties' dispute.

This matter was ordered to arbitration with the American Arbitration Association. The parties requested that appointed arbitrator Leonard S. Meranus give them additional time to reach a settlement before commencing arbitration.

Business representatives from both parties met to discuss a settlement that included Defendant providing future services to Plaintiff, but were unable to reach agreement. Because those negotiations failed, counsel for the parties have commenced traditional settlement negotiations. Plaintiff's settlement offer is currently pending, and will expire by its terms on May 3, 2013. Notwithstanding the difficulties in the prior negotiations, the parties and their counsel remain optimistic that this matter will be brought to a mutually-agreeable resolution in a timely manner.

The parties will promptly notify the Court of any informal resolution to this matter.

SL 1116692.1

Respectfully submitted,

/s/ John D. Ryan
John D. Ryan, #51944MO
Lathrop & Gage, LLP
7701 Forsyth Blvd., Ste. 500
Saint Louis, MO 63105
jryan@lathropgage.com

/s/Ryan C. Hardy
Robert H. Epstein, #31049MO
Ryan C. Hardy, #62926MO
Spencer Fane Britt & Browne, LLP
One North Brentwood, Tenth Floor
Saint Louis, MO 63105
repstein@spencerfane.com
rhardy@spencerfane.com

*Attorneys for Defendant*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered to the party below *via* the Court's ECF system on this 1st day of May, 2013:

John D. Ryan
Lathrop & Gage, LLP
7701 Forsyth Blvd., Ste. 500
Saint Louis, MO 63105
jryan@lathropgage.com

*Attorneys for Defendant*

/s/ Ryan C. Hardy