**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KEN BEHLMANN AUTOMOTIVE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case 4:12-cv-00317-CDP |
| THE REYNOLDS AND REYNOLDS CO., | ) ) ) |
| Defendant. | ) |

### JOINT STATUS REPORT REGARDING ARBITRATION

Pursuant to the Court's order of May 29, 2013, the parties submit this joint status report regarding the arbitration of the parties' dispute.

This matter was ordered to arbitration with the American Arbitration Association. The parties requested that appointed arbitrator Leonard S. Meranus place the arbitration in abeyance to give them additional time to reach a settlement before commencing arbitration.

Business representatives from both parties met to discuss a settlement that included Defendant providing future services to Plaintiff, but were unable to reach agreement. Since the initial settlement discussions dealt with negotiation of a long term contract involving a significant amount of money, the initial discussions required several months of meetings and negotiations. Because those negotiations failed, counsel for the parties have commenced traditional settlement negotiations. The parties have also contacted the American Arbitration Association to lift the abeyance and resume the arbitration proceeding. Notwithstanding the difficulties in the prior negotiations, the parties and their counsel remain optimistic that this matter will be brought to a mutually-agreeable resolution in a timely manner.

The parties will promptly notify the Court of any informal resolution to this matter.

SL 1128060.1

Respectfully submitted,

| | |
|---|---|
| */s/ John D. Ryan* | */s/Ryan C. Hardy* |
| John D. Ryan, #51944MO | Robert H. Epstein, #31049MO |
| Lathrop & Gage, LLP | Ryan C. Hardy, #62926MO |
| 7701 Forsyth Blvd., Ste. 500 | Spencer Fane Britt & Browne, LLP |
| Saint Louis, MO 63105 | One North Brentwood, Tenth Floor |
| jryan@lathropgage.com | Saint Louis, MO 63105 |
| | repstein@spencerfane.com |
| | rhardy@spencerfane.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered to the party below *via* the Court's ECF system on this 5th day of June, 2013:

John D. Ryan
Lathrop & Gage, LLP
7701 Forsyth Blvd., Suite 500
St. Louis, MO  63105
jryan@lathropgage.com

*Attorneys for Plaintiff*

*/s/ Ryan C. Hardy*